# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**HELEN HOLLAND**, Individually,
on behalf of herself and on behalf of
all other similarly situated current
and former employees,

          Plaintiffs,

                          3:17-CV-50

v.

                          FLSA Opt-In Collective Action

**BOJANGLES' RESTAURANTS, INC.,**    **JURY DEMANDED**
a Delaware Corporation, and
**BOJANGLES', INC.,**
a Delaware Corporation,

          Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Helen Holland and her counsel hereby gives notice that the above-captioned action is voluntary dismissed, without prejudice, against the Defendants Bojangles' Restaurants, Inc. and Bojangles, Inc.

Dated: March 21, 2017        Respectfully submitted,

                                    *s/ Christopher R. Strianese*
                                    Christopher R. Strianese (NC Bar No. 46918)
                                    **STRIANESE HUCKERT LLP**
                                    401 North Tryon St., 10th Fl
                                    Charlotte, NC 28202
                                    Telephone: (704) 998-2577
                                    *chris@strilaw.com*

                                    **COUNSEL FOR NAMED PLAINTIFF, ON BEHALF OF HERSELF AND ALL OTHER SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ***NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)*** has been filed electronically with the Clerk's office by using the CM/ECF system on March 21, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                s/Christopher R. Strianese
                                                Christopher R. Strianese